FILED

2017 Jan-30 PM 02:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Christopher D. Colbert** ) <br> *Plaintiff* ) <br> *(Write your full name. No more than one plaintiff may be named in* ) <br> *a complaint.)* ) <br> ) <br> -v- ) <br> **Mayor Jim Lowery** ) <br> **Chief Byron Pigg** ) <br> **Sgt. Henry Snow** ) <br> **Ofc. Timothy Parker** ) <br> **Fultondale City** ) <br> ) <br> ) <br> *Defendant(s)* ) <br> *(Write the full name of each defendant who is being sued. If the* ) <br> *names of all of the defendants cannot fit in the space above, please* ) <br> *write "see attached" in the space and attach an additional page* ) <br> *with the full list of names. Do not include addresses here. Your* ) <br> *complaint may be brought in this court only if one or more of the* ) <br> *named defendants is located within this district.)* ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br><br> CV-17-HS-0150-S |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I.   The Parties to this Complaint

## A.   The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Christopher D. Colbert |
| All other names by which you have been known: | Chris Colbert |
| ID Number | #198769 |
| Current Institution | Donaldson Correctional Facility |
| Address | 100 Warrior Lane |
| | Bessmer                 Alabama      35023 |
| | *City*                        *State*        *Zip Code* |

## B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jim Lowery |
| Job or Title *(if known)* | Mayor of Fultondale City |
| Shield Number | NA |
| Employer | City of Fultondale |
| Address | Fultondale CITY Hall P.O. Box #699 |
| | Fultondale              Alalbama      35068 |
| | *City*                        *State*        *Zip Code* |

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Byron Pigg |
| Job or Title *(if known)* | Chief of Fultondale Police |
| Shield Number | NA |
| Employer | City of Fultondale |
| Address | 1210 Old Walker Chapel Road |
| | Fultondale              Alabama       35068 |
| | *City*                        *State*        *Zip Code* |

☑ Individual Capacity   ☑ Official Capacity

2

Defendant No. 3

| | |
|---|---|
| Name | Henry Snow |
| Job or Title *(if known)* | Sgt. of Fultondale Police |
| Shield Number | NA |
| Employer | City of Fultondale |
| Address | 1210 Old Walker Road   Chapel Road |

| Fultondale | Alabama | 35068 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 4

| | |
|---|---|
| Name | Timothy Parker |
| Job or Title *(if known)* | Officer of Fultondale Police |
| Shield Number | NA |
| Employer | City of Fultondale |
| Address | 1210 Old Walker Chapel Road |

| Fultondale | Alabama | 35068 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☑ Individual Capacity   ☑ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My right to be afforded Due Process of the law before being deprived of my life or liberty. Specifically, 14th,4th,5th, and 6th Amendment respectively because of a miscarriage of justice.

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each of the officers so named are / were on duty that day and were acting under color of law. see attached sheet.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other      _____
  *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Yes. These events arose in the Birmingham Police jurisdiction on February 24, 2003.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_____

_____

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute,ordinance,regulation, custom,or usage, of any State or Territory or the           District of Columbia. "42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain      how each defendant acted under color of Federal law. Attach additional pages if necessary.

1. Mayor Jim Lowery was acting in his official capacity and intervened in the investigation of the shooting of myself and Billy D. Copeland. Mayor Lowery left his jurisdiction of Fultondale, Alabama to come into the city jurisdiction of Birmingham and went door to door asking residents of the neighborhood what they saw. He intentionally went_ door to door intimidating any potential witnesses from coming forward and telling that they saw the named police officers     shoot and kill Billy D. Copeland and also witnessed these officers shoot me five times until I could not move.

2. Chief Byron Pigg was acting in his official capacity when he left the jurisdiction of Fultondale, Alabama and upon arriving in the North Birmingham area proceeded to shoot Chris colbert (me) in the back while my hands were raised in a surrender. Cheif Pigg also testified to shooting me in my chest area while I was on trial and admitted to shooting me until I stopped moving. I had to play dead to keep from being killed. I had no weapon on my person     and      Chief Pigg testified falsly     at trial that I   was attempting to shoot him.

3. Sgt. Henry Snow was acting in his official capacity when he followed the vehicle I was driving into the Birmingham jurisdiction and subsequently shot and killed Billy D. Copeland while Mr. Copeland was a passenger in the vehicle. Mr. Copeland's hands were raised in   surrender because Sgt. Snow was shooting the vehicle's windows out. Officer Timothy Parker was also shooting at the time Sgt. Snow was shooting. Billy Copeland was shot a total of ten times. Eight times in his back. twice in his right thigh. The autopsy report proved that he had no gun powder residue on his hands and I        witnessed the murder by both of these officers.

4.   Officer timothy Parker also was acting in his official capacity when he left the jurisdiction of Fultondale, Alabama to follow the vehicle I was driving into the Birmingham, police jurisdiction. Officer Parker shot and killed Billy Copeland simultaneously as Sgt. Snow was shooting. Officer Parker also shot me in the arm  and knee area as I was      running for my life. Officer Parker testified at trial that he saw our hands raised up in a surrendering manner and that he did not see a gun.

4 (a)

C.   What date and approximate time did the events giving rise to your claim(s) occur?
The date was February 24, 2003 at 10:20 a.m.

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Iwas shot a total of five times, once in the back. Chief Pigg shot me in the back. Officer Parker shot me in the arm and knee. Sgt. Snow witnessed what they did as well as local residents.

V.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.
The shot to the middle of my back missed my spine and lodged in my chest area breaking my clavicle bone to pieces. I am partially disabled in my left hand and forearm. No nervous feeling in my forearm and I can't use my hand anymore due to atrophy of the forearm muscles.

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
I would like the court to find the defendants guilty of violating my Civil Rights by using excessive and deadly force unlawfully.

I want to be Awarded $25,000.00 from each actual shooter for my pain and suffering, mental anguish and my partial disability in my forearm. I want the Mayor to be cited with an Injunction, specifically mandating that his Police department undergo Desensitity training of their officers in dealing with people of other races. Clearly this shooting was racially motivated and they even used racial slurs when they shot me, calling me a nigger. I filed a report to the Ethics Committee claiming that the shooting was a Hate Crime. I got no response.   I want my medical bills paid for in full. I also want an apology from   Mayor Lowery for ever stating in the Birmingham News that I was intent on killing police officers. Iam no saint, but I never have shot anyone. I was the one shot multiple times. I also witnessed the shooting and killing of Billy D. Copeland. The testimony of all the Police officers involved was false and aided in the conviction of three   Attempted murder charges and a sentence of three life without parole senetnces, so I am actually innocent of these crimes for which I am convicted of.

All NAMED OFFICERS "Cordoned" OFF The crime scene, contaminating Any AND All 'physical evidence. They even Planted A gun 10.Feet Away From My Body. No prints were ever verified. My incarceration is A continuing miscarriage of justice, Denying My 14th Amendment Due Process Rights.

5

**VII.**     **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐   Yes

☑   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐   Yes

☑   No

☐   Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☑   No

☐   Do not know

If yes, which claim(s)?

_____

_____

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Montgomery, Alabama State Ethics Commission

2. What did you claim in your grievance?

Denial of 14th Amendment, Due Process violation and Hate Crime

3. What was the result, if any?

The Ethics Commission claimed that they only prosecute monetary crimes.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed the decision to The Department of Justice, They did an investigation but also cited that they only dealt with prison conditions. That's when I decided to file this complaint.

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

_____

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I    attached the following exhibits to this complaint.

_____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐  Yes

☑  No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑  Yes

☐  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)   Christopher Colbert

    Defendant(s)   STATE OF ALABAMA

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    JEFFERSON COUNTY, ALABAMA    RULE 32

3.  Docket or index number

    CC-2003-2542;3067;3068;3069;3070;3071

4.  Name of Judge assigned to your case

    Judge Stephen Wallace

5.  Approximate date of filing lawsuit

    January 15, 2013

6.  Is the case still pending?

    ☐  Yes

    ☐  No

    If no, give the approximate date of disposition.   April 12, 2016

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The claim was denied. I'm awaiting a decision from my appeal to the Alabama Criminal Appeals Court.

9

IX.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

| | |
|---|---|
| Printed Name of Plaintiff | Christopher Donnyiel Colbert |
| Prison Identification # | "198769 |
| Prison Address | 100 Warrior Lane |
| | Bessemer          Alabama          35023 |
| | *City*          *State*          *Zip Code* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     1 - 21 - 2017
                    (Date)

                    *Chris D. Col*
Signature of Plaintiff

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Christopher D. Colbert** | ) |
| _Plaintiff_ | ) |
| _(Write your full name. No more than one plaintiff may be named in a complaint.)_ | ) |
| -v- | ) **Case No.** _____ |
| **Mayor Jim Lowery** | ) _(to be filled in by the Clerk's Office)_ |
| **Chief Byron Pigg** | ) |
| **Sgt. Henry Snow** | ) |
| **Ofc. Timothy Parker** | ) |
| **Fultondale City** | ) |
| | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)_ | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed _In Forma Pauperis_.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed _In Forma Pauperis_ to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

## I.     The Parties to this Complaint

## A.     The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Christopher D. Colbert |
| All other names by which you have been known: | Chris Colbert |
| ID Number | #198769 |
| Current Institution | Donaldson Correctional Facility |
| Address | 100 Warrior Lane |
| | Bessammer      Alabama      35023 |
| | *City*      *State*      *Zip Code* |

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jim Lowery |
| Job or Title *(if known)* | Mayor of Fultondale City |
| Shield Number | NA |
| Employer | City of Fultondale |
| Address | Fultondale CITY Hall P.O. Box #699 |
| | Fultondale      Alalbama      35068 |
| | *City*      *State*      *Zip Code* |

☑ Individual Capacity      ☑ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Byron Pigg |
| Job or Title *(if known)* | Chief of Fultondale Police |
| Shield Number | NA |
| Employer | City of Fultondale |
| Address | 1210 Old Walker Chapel Road |
| | Fultondale      Alabama      35068 |
| | *City*      *State*      *Zip Code* |

☑ Individual Capacity      ☑ Official Capacity

2

**Defendant No. 3**

| | |
|---|---|
| Name | Henry Snow |
| Job or Title *(if known)* | Sgt. of Fultondale Police |
| Shield Number | NA |
| Employer | City of Fultondale |
| Address | 1210 Old Walker Road Chapel Road |

| | | |
|---|---|---|
| Fultondale | Alabama | 35068 |
| *City* | *State* | *Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Timothy Parker |
| Job or Title *(if known)* | Officer of Fultondale Police |
| Shield Number | NA |
| Employer | City of Fultondale |
| Address | 1210 Old Walker Chapel Road |

| | | |
|---|---|---|
| Fultondale | Alabama | 35068 |
| *City* | *State* | *Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My right to be afforded Due Process of the law before being deprived of my life or liberty . Specifically, 14th,4th,5th, and 6th Amendment respectively because of a miscarriage of justice.

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each of the officers so named are were on duty that day and were acting under color of law. see attached sheet.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other _____
*(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Yes. These events arose in the Birmingham Police jurisdiction on February 24, 2003.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_____

_____

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute,ordinance,regulation, custom,or usage, of any State or Territory or the       :District of Columbia. "42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain     how each defendant acted under color of Federal law. Attach additional pages if necessary.

1. Mayor Jim Lowery was acting in his official capacity and intervened in the investigation of the shooting of myself and Billy D. Copeland. Mayor Lowery left his jurisdiction of Fultondale, Alabama to come into the city jurisdiction of Birmingham and went door to door asking residents of the neighborhood what they saw. He intentionally went door to door intimidating any potential witnesses from coming forward and telling that they saw the named police officers    shoot and kill Billy D. Copeland and also witnessed these officers shoot me five times until I could not move.

2. Chief Byron Pigg was acting in his official capacity when he left the jurisdiction of Fultondale, Alabama and upon arriving in the North Birmingham area proceeded to shoot Chris colbert (me) in the back while my hands were raised in a surrender. Cheif Pigg also testified to shooting me in my chest area while I was on trial and admitted to shootibg me until I stopped moving. I had to play dead to keep from being killed. I had no weapon on my person    and     Chief Pigg testified falsly    at trial that I   was attempting to shoot him.

3. Sgt. Henry Snow was acting in his official capacity when he followed the vehicle I was driving into the Birmingham jurisdicti on and subsequently shot and killed Billy D. Copeland while Mr. Copeland was a passenger in the vehicle. Mr. Copeland's hands were raised in   surrender because Sgt. Snow was shooting the vehicle's windows out. Officer Timothy Parker was also shooting at the time Sgt. Snow was shooting. Billy Copeland was shot a total of ten times. Eight times in his back. twice in his right thigh. The autopsy report proved that he had no gun powder resid ue on his hands and I          witnessed the murder by both of these officers.

4. ` Officer timothy Parker also was acting in his official capacity when he left the jurisdiction of Fultondale, Alabama to follow the vehicle I was driving into the Birmingham, police jurisdiction. Officer Parker shot and killed Billy Copeland simultaneously as Sgt. Snow was shooting. Officer Parker also shot me in the arm  and knee area as I was       running for my life. Officer Parker testified at trial that he saw our hands raised up in a surrendering manner and that he did not see a gun.

                              4 (a)

C.  What date and approximate time did the events giving rise to your claim(s) occur?
The date was February 24, 2003 at 10:20 a.m.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I was shot a total of five times, once in the back. Chief Pigg shot me in the back. Officer Parker shot me in the arm and knee. Sgt. Snow witnessed what they did as well as local residents.

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.
The shot to the middle of my back missed my spine and lodged in my chest area breaking my clavicle bone to pieces. I am partially disabled in my left hand and forearm. No nervous feeling in my forearm and I can't use my hand anymore due to atrophy of the muscles.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
I would like the court to find the defendants guilty of violating my Civil Rights by using excessive and deadly force unlawfully I want to be Awarded $25,000.00 from each actual shooter for my pain and suffering, mental anguish and my partial disability in my forearm. I want the Mayor to be cited with an Injunction, specifically mandating that his Police department undergo Desensitivity training of their officers in dealing with people of other races. Clearly this shooting was racially motivated and they even used racial slurs when they shot me, calling me a nigger. I filed a report to the Ethics Committee claiming that the shooting was a Hate Crime. I got no response.            I want my medical bills paid for in full. I also want an apology from   Mayor Lowery for ever stating in the Birmingham News that I was intent on killing police officers. Iam no saint, but I never have shot anyone. I was the one shot multiple times. I also  witnessed the shooting and killing of Billy D. Copeland. The testimony of all the Police officers involved was false and aided in the conviction of the   Attempted murder charges and a sentence of three life without parole senetnces, so I am actually innocent of these crimes for which I am convicted of.

All Named officers "cordoned" off the crime scene, contaminating, any and all "physical evidence". They even planted a gun 10 feet away from my body. No prints were ever verified. My incarceration is a continuing miscarriage of justice, denying my 14th Amendment Due Process Rights.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐   Yes

☑   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐   Yes

☑   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☑   No

☐   Do not know

If yes, which claim(s)?

_____

_____

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☐  No

E.  If you did file a grievance:

1.  Where did you file the grievance?
Montgomery, Alabama State Ethics Commission

2.  What did you claim in your grievance?
Denial of 14th Amendment, Due Process violation and Hate Crime

3.  What was the result, if any?

The Ethics Commission claimed that they only prosecute monetary crimes.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I appealed the decision to The Department of Justice, They did an investigation but also cited that they only dealt with prison conditions. That's when I    decided to file    this complaint.

7

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I       attached the following exhibits to this complaint.

_____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

☑   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

     Plaintiff(s)   Christopher Colbert

     Defendant(s)   STATE OF ALABAMA

   2. Court *(if federal court, name the district; if state court, name the county and State)*

     JEFFERSON COUNTY, ALABAMA    RULE 32

   3. Docket or index number

     CC-2003-2542;3067;3068;3069;3070;3071

   4. Name of Judge assigned to your case

     Judge Stephen Wallace

   5. Approximate date of filing lawsuit

     January 15, 2013

   6. Is the case still pending?

     ☐ Yes

     ☐ No

  If no, give the approximate date of disposition.   April 12, 2016

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

The claim was denied. I'm awaiting a decision from my appeal to the Alabama ~~Criminal Appeals Court~~.

9

**IX.**      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

| | |
|---|---|
| Printed Name of Plaintiff | Christopher Donnyiel Colbert |
| Prison Identification # | "198769 |
| Prison Address | 100 Warrior Lane |
| | Bessemer          Alabama          35023 |
| | *City*          *State*          *Zip Code* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      1 - 21 - 2017
                        (Date)

Chris D. Cul
Signature of Plaintiff

10

# s TATE OF ALABAMA
## STATE ETHICS COMMISSION
RSA Union Building
100 North Union Street, Suite 104
Montgomery, AL 36104
Fax No. 334/242-0248
## COMPLAINT

I.   PERSON BRINGING COMPLAINT:
Name: Christopher D. Colbert    198769, L-100
Address: 100 Warrior Lane
City: Bessemer,Alabama    County: Jefferson    Zip: 35023
Telephone: 205    / 436-3681

II.  PERSON AGAINST WHOM COMPLAINT IS BROUGHT:
Name: Chief Byron Pigg    Fultondale Police Dept.
Address: 1210 Old Walker Chapel Road
City: Fultondale,Alabama    County: Jefferson    Zip: 35068
Telephone: 205    / 849-5481
Date of Occurrence: February 24th, 2003

III. STATEMENT OF FACTS:
State in your own words the *detailed* facts and the actions of the person named in paragraph II which prompted you to make this complaint. The brief space provided below is not intended to limit your statement of facts. Please use the back of this form or additional sheets if necessary. Include relevant dates and time and the names and addresses of other persons whom you believe have knowledge of the facts:

I am a victim of a "HATE CRIME" (13A-5-13) Ala. Code and Attempted Murder(13A-4-2 & 13A-6-2) AlA. Code., in violation of The United States and Alabama Constitutions; Title 18 (CIVIL RIGHTS ACT). Chief Byron Pigg, did Attempt to murder me, by shooting me in the back, while I had my hands up in surrender, while "unarmed", and that the shooting was motivated by my race or color(African-American), while acting under color of law.

*Section 36-25-4(c) states: Prior to commencing any investigation, the Commission shall: (1) receive a written and signed complaint which sets forth in detail the specific charges against a respondent, and the factual allegations which support such charges and (2) the director shall conduct a preliminary inquiry in order to make an initial determination that reasonable cause exists to conduct an investigation.*

IV.  I hereby swear or affirm that the above information is true or correct to the best of my    knowledge.

_____    _____
Signature of Complainant    Date

Edie D. McAfee    March 9, 2014
_____    _____
Signature of Notary    Date

Notary Seal

MY COMMISSION EXPIRES OCTOBER 24, 2016
_____
Date Notary Commission Expires

# <sup>S</sup>TATE OF ALABAMA
## STATE ETHICS COMMISSION
RSA Union Building
100 North Union Street, Suite 104
Montgomery, AL 36104
Fax No. 334/242-0248
## COMPLAINT

I.   **PERSON BRINGING COMPLAINT:**
Name: Christopher D. Colbert 198769, L-100
Address: 100 Warrior Lane
City: B'ham.          , Alabama     County: Jefferson      Zip: 35023
Telephone: 205      / 436-3681

II.   **PERSON AGAINST WHOM COMPLAINT IS BROUGHT:**
Name: Timothy Parker   Fultondale Police Dept.
Address: 1210 Old Walker Chapel Road
City: Fultondale , Alabama     County: Jefferson      Zip: 35068
Telephone: 205      / 849-5481
Date of Occurrence: February 24th, 2003

III.   **STATEMENT OF FACTS:**
State in your own words the *detailed* facts and the actions of the person named in paragraph II which prompted you to make this complaint. The brief space provided below is not intended to limit your statement of facts. Please use the back of this form or additional sheets if necessary. Include relevant dates and time and the names and addresses of other persons whom you believe have knowledge of the facts:

I am a victim of a "HATE CRIME" (13-5-13) Ala. Code and Attempted Murder(13A-4-2;13A-6-2), in violation of The United States and Alabama Constitutions; Title 18 (CIVIL RIGHTS ACT). Timothy Parker did, Attempt to Murder me, by shooting me multiple times, while I was unconscious on the ground "unarmed", and that the shooting was motivated by my "race or color"(African American), while acting under color of law. 13A-5-13(HATE CRIME).

*Section 36-25-4(c) states: Prior to commencing any investigation, the Commission shall: (1) receive a written and signed complaint which sets forth in detail the specific charges against a respondent, and the factual allegations which support such charges and (2) the director shall conduct a preliminary inquiry in order to make an initial determination that reasonable cause exists to conduct an investigation.*

IV.   I hereby swear or affirm that the above information is true or correct to the best of my        knowledge.

_____              _____
Signature of Complainant                          Date

Eddi Dill coats                      March 9, 2014
_____              _____
Signature of Notary                               Date

Notary Seal

MY COMMISSION EXPIRES OCTOBER 24, 2016
_____
Date Notary Commission Expires

STATE OF ALABAMA
JEFFERSON COUNTY

### AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared
_____, who being known to me, and after first being
duly sworn, deposes and says as follows:

My name is Christopher D. Colbert and I am 38 years of age
and competent to testify;

### STATEMENT OF THE FACTS

I, Christopher Colbert, attest to the facts of this complaint,
that on February 24, 2003, around 10:30 a.m., I was a "victim"
of a "HATE CRIME." I was shot multiple times by Two caucasian
police officers. I am African-American and was a suspect for
a robbery that had occurred that morning. Officer Timothy Parker
and Chief Byron Pigg of the Fultondale Police Department in
Fultondale, Alabama, trailed me from their city into the city
limits of Birmingham, well outside of their municipal
jurisdiction (11-40-10) which was well over the 3-mile radius.

Once I pulled over and tried to surrender myself to them in
the Birmingham jurisdiction, they opened fire. I had my hands
up and I was screaming, "please stop! I give up!" I was stryck
in the arm and shoulder. I had no weapon. I jumped out of the
vehicle and tried to run through some houses, which are located
in North Birmingham, an all African-American Neighborhood.

I was fleeing for my life when I felt what seemed like a punch
to my back. It was a bullet. I was shot five times total.

-1-

I then fell to ground, with my arms in the air. I fell face first. I could not feel my body, I was dying, and before I lost consciousness, I heard a voice say in a very angry tone, **"Die Nigger, Die!"** Whoever said it was standing over my body and shot me two more times while I was down. I then blinked out.

I didn't find out until I had trial that Timothy Parker was the officer that was shooting through his windshield at me, while I was running away from him. His bullets struck me in the knee and shoulder. I couldn't run, so I held my hands up in surrender, hopping on one leg, and that's when Chief Byron Pigg, shot me in the middle of my back. He testified during trial that he shot me until I couldn't move. He also testified stating that he shot me in the chest because I faced him with a gun that was never found on me or in my possession, yet that was his reason for shooting me in my back.

The wounds in my back and the bullets in my spine, proves that I was shot in the back, disproving his perjured testimony on the stand, under oath.

Timothy Parker testified during trial that he shot me while I was fleeing from him also and that I raised my arms in surrender. He also falsely testified to me shooting through his police cruiser windshield, I never had a gun. I was not positive for gun powder residue on my hands or clothes. I did not have a weapon on my person. Timothy Parker shot his own window out, and testified to this fact during trial.

I don't know which officer shot me while I was face down and used that hateful "racial slur", before pumping my body with bullets, but I do know that they both were on the scene in North Birmingham, outside of their city limits and they didn't call Birmingham Police until after they apprehended me.

-2-

When Birmingham Police arrived on the scene, officers Pigg
and Parker had cordoned off the area. During trial, Ed White,
forensic tech. , testified that when he arrived on the scene
he saw my body lying in the street.He stated, "I don't know
what happened, I don't have anything to do with this."

Why didn't these officers call Birbingham Police for back
up to arrest me? There were two witnesses who made a statement
in the Birmingham Newspaper also. They stated: "I saw the officer
shooting! The guy(me) fell and tried to get back up, and they
kept shooting! It made me real nervous!"


I was charged with attempted murder of Byron Pigg and Timothy
Parker and found guilty. I was sentenced to life without parole.
I never fired a shot at Byron Pigg or Timothy Parker. I am
innocent of these crimes. I have never told my side of the story
until now and I allege that their actions were motivated by
my "race or color" in violation of my Constitutional and Human
Rights.


I am an African-American citizen. I was shot multiple times
by men of another race, who were acting under the color of law.
I am a survivor of a "HATE CRIME", (in violation of the Alabama
Code 13A-5-13. The statute that states that on conviction of
a Class A felony, that was found to have been motivated by the
victim's actual or perceived race, color, religion,etc. the
sentence shall not be less than 15 years.

I am also aware of the Rights and Protections that I have
under The CiVIL RIGHTS ACT( TITLE 18) and Ala. Code 13A-5-13
(a) (1), (2), (3), (3) (b), (3) (c), therefore I am exercising
my right to complain, as an informed citizen, to report the
"biased and discriminatory" conduct of Byron Pigg and Timothy
Parker.

The fact that used a racial slur, while attempting to take
my life, raise this Civil Rights violation, into a Hate Crime.

-3-

"An officer who acts in violation of the United States
Constitution, ceases to represent the government."
Also according to The Alabama Code 15-3-5 (STATUTE OF LIMITATION)
There is no limitation of time within which a prosecution must
be commenced for: (1) any capital offense; (2) any felony
involving the use, attempted use, or threat of violence to a
person; (3) any felony involving serious physical injury or
death of a person.

In closing I hope that the truth will surface. I await the
Honorable Commissions investigatory results. After the findings
of this Commission, If the results don't give me any redress
for my Constitutional Deprivations, I will seek remedy elsewhere.
Thank you for time. GOD BLESS.

Sincerely,
Christopher D. Colbert

-4-

STATE OF ALABAMA
JEFFERSON COUNTY


### AFFIDAVIT


Before me, the undersigned Notary Public, personally appeared Christopher D. Colbert, who being known to me, and after first being duly sworn, deposes and says as follows:
My name is Christopher D. Colbert and I am 38 years of age and competent to testify.


I attest to the contents of this complaint and if called to appear and testify to the facts alleged, in the presence of the Commission or a Grand Jury, will testify to the same.


_____
Signature of Affiant


### ACKNOWLEDGEMENT


STATE OF ALABAMA
JEFFERSON COUNTY


Signed before me in person, a Notary Public, on this
_____9th_____ day of March ,2014.


_____
Notary Public

MY COMMISSION EXPIRES OCTOBER 24, 2016
_____
My Commission Expires

## APPENDIX TO COMPLAINT

Witnesses of "The HATE CRIME" against Christopher D. Colbert.

1. Elizabeth Harris- 1628 32nd Ave. North Birmingham, Alabama 35207. (205) 320-0443; (205) 801-2109.

2. Henry L. Snow- 1677 Quailridge Dr. Gardendale, Alabama 35071 (205) 254-2860; (205) 283-5049.

3. Cheryl Moore and Nelson Stirtmire- 1704 32nd Avenue North Birmingham, Alabama 35207

4. Chester White (Forensic Technician; Birmingham Police Department, Birmingham, Alabama.

5. Det. Steve Harris- Birmingham Police Department, B'Ham. Alabama.

6. U.A.B. HOSPITAL. (Medical reports detailing the entrance wombs of the bullets and a body chart, to prove my allegations of being shot in the back and while I was on the ground.

(note): Cheryl Moore and Stirtmire made those comments about the shooting in the Birmingham Newspaper. There were also other reports of witnesses who were "afraid" to come forward in fear of police retaliation. Remember, this is an all African-American community we are talking about here..

Copies of this complaint and response from the commission will all be forwarded to:

**DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION**

**ATTORNEY GENERAL ERIC HOLDER, JR.**

**PRESIDENT BARACK OBAMA, WHITE HOUSE**

**N.A.A.C.P. and (other) CIVIL LIBERTIES organizations.**

-6-

*Exhibit B*

# COMPLAINT AGAINST A LAWYER

Return your completed form to:

**Alabama State Bar
Disciplinary Commission
P. O. Box 671
Montgomery, AL 36101-0671**

## INSTRUCTIONS

➤ Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.

➤ Type or write legibly but do not use the back of any page. Please do not use pencil.

➤ Do not fax your form to us or send your form via the Internet.

### INFORMATION ABOUT YOU

**Colbert Christopher 198769**
Last Name,     First Name

**100 Warrior Lane Bessemer,Al.**
Address

**Bessemer, Alabam 35023**
City, State, ZIP Code

**N.A.**
Telephone Number(s)

Alternate address/phone number

### INFORMATION ABOUT THE LAWYER

**Bahakal Gloria**
Last Name,     First Name

**2131 12ty ave. No.**
Address

**Birming, Alabama 35234**
City, State, ZIP Code

**(205)328-9797**
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

❑ Client
❑ Former Client
❑ Opposing Party

❑ Opposing Counsel
☑ Judicial
❑ Other: _____

On what date did the alleged ethics violation occur? **July 24th 2003-October 15th 2004**

What was your fee arrangement with the attorney? **NA**

## PERSONAL AND CONFIDENTIAL
## MEMORANDUM OF COMPLAINT

Please complete and return to:

Alabama State Bar
Disciplinary Commission
Post Office Box 671
Montgomery, AL 36101

Please type or print in blue or black ink. DO NOT USE PENCIL!

## PART A: INFORMATION ABOUT YOU - PLEASE KEEP CURRENT

1. Full Name: **Christopher D. Colbert**

2. Home Address: **D.C.F. 100 Warrior Lane L-100, #198769**

3. Employer: **A.D.O.C**

   Work Address: **LAW LIBRARY**

   City: **Bessemer**        State: **Alabama**    Zip: **35023**

   Telephone: Area Code ( **205** ) **436-3681**

4. Name of Person Who Can Always Reach You: **Warden Cheryl Price**

   Address: **Donaldson Correctional Facility**

   Telephone: Area Code ( **205** ) **436-3681**

## PART B: INFORMATION ABOUT ATTORNEY

1. Name of Attorney: **Gloria Bahakel**

2. Address: **2131 12th ave. No.**

   City: **Birmingham**        State: **Alabama**    Zip: **35234**

   Telephone: Area Code ( **205** ) **328-9797**

3. When Did You Hire This Attorney? **RULE 1(a) (3), Ala.R.Dic.P. FORMER JUDGE**

4. What Did You Hire This Attorney To Do For You? **N.A.**

5. What Was Your Fee Arrangement With The Attorney? __N.A.__

6. Do you owe this lawyer any money for fees or expenses relating to this matter? __N.A.__
If so, how much? _____

## WITNESSES WHO MIGHT KNOW FACTS ABOUT YOUR COMPLAINT

1. Name: __Talitha Powers Bailey__

Address: __P.O.BOX #870392__

City: __Tuscaloosa__   State: __Alabama__   Zip: __35487__

Telephone: Area Code ( __205__ )  __348-7896__

2. Name: __ATTORNEY Charles Salvagio__

Address: __2242 9th Ave. North__

City: __Birmingham__   State: __Alabama__   Zip: __35203__

Telephone: Area Code ( __205__ )  __320-0030__

3. Name: __Addie Colbert__

Address: __1213- 33rd Ave. South Apt. #A__

City: __Birmingham__   State: __Alabama__   Zip: __35205__

Telephone: Area Code ( __205__ )  __306-5742__

## PART C: EXPLANATION OF YOUR COMPLAINT

State in detail why you think this attorney has done something improper or has failed to do something which this attorney should have done. Attach COPIES ONLY of any contract, letters or other documents which may be relevant to this complaint. Do not send cassette tapes. The Alabama State Bar Association cannot be responsible for lost, misdirected or damaged documents. Attach additional 8 ½" by 11" sheets of paper if you need more space for your explanation. Please do not use reverse side of page.

__Rule 1(a) (3), Ala.R.Dic.P. (Former Judges); Former Judges who have resumed their status as lawyers are subject to the__

__jurisdiction of The SUPREME COURT OF ALABAMA and The Alabama__

__Disciplinary Commission and The Disciplinary Board of The Alabama__

__State Bar for "MISCONDUCT" that "occurred while they were judges,__

**before they became judges, or after the presumption of the
practice of law and that would have been grounds for lawyer
discipline.**

### STATEMENT OF THE FACTS

On or about the month of October 25th, 2004, I, Christopher
Colbert , met with Attorney Charles Salvagio in the meeting
area of the Jefferson County Jail. At this Attorney visit Mr.
Salvagio greeted me and thereafter continued to explain to me
the reasons why I was denied counsel and denied a fair trial
by the acting trial judge, Gloria Bahakel. Mr. Salvagio
congratulated me on the way I handled the unfair and biased
treatment that I endured under Ms. Bahakel's "Power". He stated
that the statement's I made before I received multiple "L.W.O.P.
sentences at the sentencing hearing were impressive. These
statements are attached to this complaint and were transcribed
in the trial transcript.

During the meeting, Mr. Salvagio stated that what happened
to me was unconstitutional and wrong. Mr. Salvagio also stated
that Ms. Bahakel had "deliberately sabotaged my defense and
had made a deal with my then Attorney, "Talitha Bailey, twenty-
five appointed cases, to misrepresent me during trial.

Mr. Salvagio stated that he would help me by testifying to
the truth of his allegations, if and when I complained about
the unethical conduct of Ms. Bahakel. I know Mr. Salvagio is
telling the truth and I know that he will testify, as he is
an Honorable Attorney, to the facts that I am alleging. I intend
to prove that Ms. Gloria Bahakel in her former posiition as
Circuit Court Judge was not only biased and prejudiced towards
me, but also other "minorities" also. Ms. Bahakel wanted to
find guilty by"any means", because she was being endorsed by
the F.O.P (Fraternal Order of Police) , and that she was running
for re-election. So my case was turned into a Political push
for her and she deliberately sabotaged my trial and direct appeal
by "influencing" both counsels in the trial and post-trial stages
to misrepresnt me.

-1-

Mr. Salvagio will testify to his knowledge of any misconduct that he knows about concerning Ms. Bahakels "ENGINEERING" of certain defendants cases and unethical appointments of cases to certain attorneys to misrepresent their clients. : . .. Talitha Bailey was temporarily hired as counsel on March 5th, 2004. She was paid $2,500.00 for Habeas Corpus proceedings to secure me a bond. When Ms. Bailey failed to secure a bond and not ever filing the Habeas that my family paid her for, I terminated her contract and services. Not once did my family pay her or retain her for trial purposes. . Ms. Bailey had been fired a month before I even went to trial.

Ms. Bahakel forced me into a trial without counsel and she would not allow me any right to have my counsel of choice, a continuance, or even represent myself. My family hired Ms. Bailey not the Court. Ms. Bailey was never paid to represent me at trial and she told my family that her fee, if we chose to hire her for trial was $10,000.00.

She was never appointed to represent me. Ms. Bailey says she was forced to represent me without compensation. If she was never paid, how could she truly and fairly represent me? How can a Trial Court judge force a retained attorney upon a defendant and not even compensate the attorney, unless Ms. Bailey was compensated in "other ways".

Ms. Gloria Bahakel, acting as judge, deprived me of a basic fundamental right to counsel and to a fair trial, thru sabotage and misconduct unbecoming of a trial judge. I pray that this Honorable Commission investigate these unethical acts that have been brought to my attention by The Honorable Charles Salvagio against Ms. Gloria Bahakel.

In re Alonzo, supra, Ala.Crim.Court of Appeals stated: "Where as here, a member of the Bar holding judicial office commits fraudulent, corrupt, and immoral acts by originating an extortion plan prior to entering upon a judgeship, and executes the plan after assuming the powers of the judgeship,

-2-

by actions that cannot by any stretch of the imagination, rationally be deemed judicial or official acts, and where such judge has been removed from office by due and legal impeachment proceedings prior to disciplinary action by the Bar Association, it would indeed be sadly anomalous to conclude that the Bar would not "Cleanse itself" of such an unfit member on any theory that judicial robes protected such conduct. 284 Ala. at 190, 223 So. 2d at 592.

Attorney Bahakel, (former judge), had numerous complaints filed against her while a Circuit Court judge regarding her courtroom conduct and demeanor. As a Circuit judge, Attorney Bahakel violated multiple Canons of Judicial Ethics, such as: "Canon (1) by failing to observe high standards of conduct that would preserve the integrity and independence of the judiciary;

"Canon (2), by failing to avoid impropriety and the appearance of impropriety in all of her activities, specifically, by failing to respect and to comply with the law, and by failing to conduct herself at all times in a manner that promotes public confidence in the integrity and impartiality of the Judiciary (Canon 2a) and by failing to avoid conduct prejudicial to the administration of justice, thereby bringing the judicial office into "disrepute" and by failing to maintain the decorum and temperance befitting his office (Canon 2b); and "Canon 3, by failing to perform the duties of her office impartially, specifically by failing to be faithful to the law (Canon 3a(1), by failing to maintain order and decorum in the proceedings before her (Canon 3a(2), by failing to be patient, dignified, and courteous to litigants and others with whom she dealt in her official capacity;

"Canon 3a(3), and by failing to accord to every person who is legally interested in a proceeding "the full RIGHT TO BE HEARD" according to LAW.(Canon 3a(4). The pattern and practice of severe sentences towards minorities; demeaning language, intimidation, corruption, blatant discrimination, and misconduct during the pre-trial, trial, and post-trial stages of complainants proceedings deprived complainant of his 6th and 14th Constitutional Amendments to a fair and impartial trial.

STATE OF ALABAMA
JEFFERSON COUNTY

# AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared _____
**Christopher Colbert**_____, who being known to me, and after first being duly sworn,
deposes and says as follows

My name is **Christoher Colbert**_____ and I am **38** years of age and
competent to testify.

**THE STATEMENTS THAT I ATTEST TO ARE ATTACHED.**_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

                                        _____
                                        Signature of Affiant

## Acknowledgement

State of Alabama
Jefferson County

Signed before me in person, a Notary Public, on this _17th_ day of _Febluary_, 20 _14_

_____              **MY COMMISSION EXPIRES OCTOBER 24, 2016**
Notary Public                         _____
                                      Commission Expires

STATEMENT OF CHRIS COLE  T BEFORE SENTENCING 10-15-04.

First of all, i'd like to say good morning to everyone
present today in the courtroom. To my family, "I love you all".
To the District Attorney, you did your job and i am not mad.
To your Honor, I understand that your hands were tied, and to
Ms. Bailey, although I terminated your contract, there are no
hard feelings, just regrets. And finally to the men who made
this day possible, The Fultondale Police officer's, who among
other things, falsified evidence, made inconsistent and false
statement's on the stand and who repeatedly shot me, I want
you to know that i don't hate you for what you did. Maybe the
truth will come out in the end.

All of these people played a part in this portion of my
life and if it wasn't for that near death experience, I wouldn't
have realized the beauty of life, regardless of any situation.
I want to thank the paramedics from the U.A.B. hospital and
the Doctor's and Nurse's from the Trauma Unit for working
together to save my life. That was a Noble thing you did. You
are my heroes. Thank you.

I want to touch on a few issues about Human and Civil
Right's. In the U.S. and The Alabama Constitution's, citizen's
of this Country and State have Right's that govern our daily
live's. Our GOD given Right"s are our Human Right"s, Right's
to life, to happiness, and to liberty. Our Civil Right's, by
law can be taken away, if convicted of a crime, but until you're
convicted, you must be known as innocent until proven guilty
in a court of Law.

I was supposed to be afforded that right to "EQUAL
PROTECTION" under the Law and given a bond, properly prepared
for my defense and receive a fair and impartial trial. I wasn't
afforded these right's and now I am adjudged guilty and about
to be sentenced for thing's I didn't do.

-1-

I endured multiple gun-shots, only 2-weeks hospitalization
and thgought to be dead by many.
That's Hell, because many people would have been hurt and
distraught behind my death. My children, fatherless, my mother
without a Son, and sister's without a brother. Although I didn't
die, I was partly disabled and in a wheelchair for month's,
with no adequate healthcare and NoBond to receive any medical
assistance.,

My life was almost taken from me and the same people who
attempted to take it, want to see me in prison for the rest
of my life. It's hard on the brain for me not to hate them back,
because I feel it coming from them. You see, I never got anywhere
hating or trying to take revenge as my cause for doing anything.
Hate is a learned emotion, useful at certain times, but if
misused, it can blind you and it automatically turn into a crime
& rage.

I want to believe that these officer's were doing their
job's, their duty to protect and serve, but if so, was      I
shot out of "self-defense" or "hate and prejudice". I know the
answer, and it's obvious, but why? I don't know you. I never
did anything to you. Why did you have to shoot me?

I want to believe I was prosecuted fairly,but it seem's
as though everyone worked together against me. The State already
has the advantage, yet they needed every little thing they could
use to convict me and I was never given the right to a bond
or to an attorney who would work with me instead of against
me. The fact is, I wasn't treated fairly or given"Equal Right's"
in none of the procedure's leading up to my trial.

I was considered guilty from the jump and remained in jail
1-year, 5-months, before I went to trial. I never had a fighting
chance and that's a violation of my 5th and 14th Amendment rights
to "Due Process", along with other Constitutional violation's
that I've suffered through this ordeal.

-2-

All I wanted and expected was to have my right's, as stated in the U.S. and Alabama Constitution applied to in my case. I didn't want any favors, any handouts, just my due, but I didn't even get that and why I don't know. And so here I am today, "still Demanding" that my right's be granted to me. If this wasn't America, I'd understand, but thus Great Country is based off the Laws of the Constitution and so it still reigns Supreme over the governing bodies of all State's. Thank GOD for America and The Constitution, without it , we would be like Iraq or Mexico.

I have only one more thing to say. It's a quote from the THE TEN COMMANDMENTS, - (9)."THOU SHALT NOT BEAR FALSE WITNESS AGAINST THY NEIGHBOR". Neighbor as in Human Being, it applies to us all. Thank you and GOD bless.

I hereby swear or affirm that the above information is true or correct to the best of my knowledge and said information is recored in Complainant's Trial Transcript.

_____  February 17 2014
        Signature of Complainant           Date

_____  February 17 2014
        Signature of Notary                Date

Notary Seal

MY COMMISSION EXPIRES OCTOBER 24, 2016
_____
Date Notary Commission
Expires

-3-